tory writ of mandamus against James G. Tighe, as magistrate, etc. No opinion. Order affirmed, with $10 costs and disbursements.

BYRNE et al., Appellants, v. BESTON, Respondent. (Supreme Court, Appellate Division, Second Department. October 5, 1906.) Action by Joseph M. Byrne, Henry T. McCoun, and Harold Herrick against Rafala S. Beston. No opinion. Judgment unanimously affirmed, with costs.

BYRNE et al., Respondents, v. WEIDEN-FELD et al., Appellants. (Supreme Court, Appellate Division, Second Department. June 22, 1906.) Action by Frank P. Byrne and others, as executors of the will of John Byrne, deceased, against Camille Weidenfeld and others. No opinion. Motion denied.

In re CALDWELL et al. (Supreme Court, Appellate Division, Fourth Department. June 1, 1906.) In the matter of the judicial settlement of the accounts of Frank R. Caldwell and another, as executors, etc., of Charles W. Garlock, deceased. No opinion. Decree of Surrogate's Court affirmed, with costs to the respondent, Elizabeth A. Garlock, payable out of the estate. No other costs allowed.

CALVIN, Respondent, v. NESBITT, Appellant. (Supreme Court, Appellate Division, Fourth Department. June 1, 1906.) Action by Margaret E. Calvin against Earl Nesbitt, as trustee, etc. No opinion. Judgment and order affirmed, with costs.

CAMPBELL et al., Appellants, v. EMSLIE, Respondent. (Supreme Court, Appellate Division, First Department. July 12, 1906.) Action by John A. Campbell and others against James Emslie. F. Pierce, for appellants. W. McArthur, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

CANNICE, Appellant, v. TILDEN et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. May 16, 1906.) Action by Iacuzza Cannice, as, etc,, against George T. Tilden and another.

PER CURIAM. Judgment and order affirmed, with costs.

NASH, J., not sitting.

CANTIN, Respondent, v. CANTIN, Appellant (two cases). (Supreme Court, Appellate Division, Second Department. October 12, 1906.) Actions by Eugene J. Cantin against Louis de M. Cantin. No opinion. Motions to dismiss appeal granted, unless appeal is perfected within 15 days; case to be placed at the foot of the September calendar. On compliance, motions denied.

CAREY v. MANHATTAN RY. CO. (Supreme Court, Appellate Division, First Department. June 15, 1906.) Action by John Carey against the Manhattan Railway Company. No opinion. Motion granted. Order signed.

CASSIDY, Respondent, v. SAUER et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. September 26, 1906.) Action by John C. Cassidy, as, etc., against Charles Sauer and others. No opinion. Motion for leave to appeal to the Court of Appeals granted. Questions to be certified for review to be settled by and before Mr. Justice Williams on two days' notice.

CAULFIELD, Appellant, v. CAULFIELD et al., Respondents. (Supreme Court, Appellate Division, Second Department. June 8, 1906.) Action by George M. Caulfield against Robert A. Caulfield and others. No opinion. Judgment affirmed, with costs.

CEBALLOS et al., Respondents, v. MUNSON S. S. LINE, Appellant. (Supreme Court, Appellate Division, Second Department. October 12, 1906.) Action by Juan M. Ceballos and others against the Munson Steamship Line. No opinion. Motion granted.

CENTRAL TRUST CO. OF NEW YORK v. PITTSBURG, S. & N. R. CO. et al. COCHRAN et al., Appellants, v. SMITH, Respondent. (Supreme Court, Appellate Division, Fourth Department. June 1, 1906.) Actions by the Central Trust Company of New York against the Pittsburg, Shawmut & Northern Railroad Company and others, and Frederick B. Cochran and others, etc., against Frank Sullivan Smith, as, etc.

PER CURIAM. Order affirmed, with $10 costs and disbursements. Held, it appearing that the expenditures authorized were very properly limited to those which seem to be necessary for the safe and present operation of the railroad, and that the value of the lien of the appellants will not be materially affected thereby, we concur in the direction exercised by the Special Term.

CENTRAL TRUST CO. OF NEW YORK v. PITTSBURG, S. & N. R. CO. et al. (Supreme Court, Appellate Division, Fourth Department. October 3, 1906.) Action by the Central Trust Company of New York against the Pittsburg, Shawmut & Northern Railroad Company and others. No opinion. Order affirmed, with $10 costs and disbursements.

In re CHAMBERS. (Supreme Court, Appellate Division, First Department. July 12, 1906.) In the matter of Bernard Chambers. No opinion. Reference ordered. Settle order on notice.

CHAMBERS, Respondent, v. BOYD, Appellant. (Supreme Court, Appellate Division, First Department. June 25, 1906.) Action by Sidney C. Chambers against George B. Boyd, as executor, etc. No opinion. Motion to dismiss appeal denied, on payment of $10 costs, and leave given to appellant to apply to the court below to open his default. Order filed.

In re CHAPMAN. (Supreme Court, Appellate Division, Second Department. June 22, 1906.) In the matter of the application of

Charles McC. Chapman for admission to the bar. No opinion. Motion granted.

CHAPMAN, Respondent, v. DELAWARE, L. & W. R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. June 1, 1906.) Action by Olive Chapman, as, etc., against the Delaware, Lackawanna & Western Railroad Company. No opinion. Motion for leave to appeal to the Court of Appeals denied, with $10 costs.

CHASE, Appellant, v. GROVER, Respondent. (Supreme Court, Appellate Division, Second Department. June 15, 1906.) Action by William Sheafe Chase against William T. Grover. No opinion. Motion granted, on condition that the claim for costs be waived; otherwise motion denied.

CHELIUS et al., Respondents, v. WISE et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. July 12, 1906.) Action by Antoinette Chelius and another against John S. Wise and another. No opinion. Motion to dismiss appeal denied, without costs, upon the ground that the same is not within rule 41 of the general rules of practice.

CITIZENS' CENTRAL NAT. BANK, Respondent, v. MUNN, Appellant. (Supreme Court, Appellate Division, First Department. June 15, 1906.) Action by the Citizens' Central National Bank against John P. Munn. G. Putzel, for appellant. J. A. Garver, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See 99 N. Y. Supp. 191.

CITY OF MIDDLETOWN, Respondent, v. ÆTNA INDEMNITY CO. OF HARTFORD, CONN., et al., Appellants. (Supreme Court, Appellate Division, Second Department. July 24, 1906.) Action by the city of Middletown against the Ætna Indemnity Company of Hartford, Conn., and others. No opinion. Judgment and order reversed, and new trial granted, costs to abide the event, on the authority of the decision of this court on the former appeal. 97 App. Div. 344, 90 N. Y. Supp. 16.

CITY OF MT. VERNON, Respondent, v. BRETT et al., Appellants. (Supreme Court, Appellate Division, Second Department, September 28, 1906.) Action by the city of Mt. Vernon against John H. Brett and others. No opinion. Judgment affirmed, with costs, on the authority of City of Mt. Vernon v. Kenlon, 97 App. Div. 191, 89 N. Y. Supp. 817.

In re CITY OF NEW YORK. In re JOHNSON'S ESTATE. (Supreme Court, Appellate Division, First Department. July 12, 1906.) In the matter of the city of New York and in the matter of the estate of Bradish Johnson. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

CITY OF NEW YORK, Respondent, v. HARWEIAN CO., Appellant. (Supreme Court, Appellate Division, First Department. July 12, 1906.) Action by the city of New York against the Harweian Company. S. Rothschild, for appellant. T. Connoly, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

CITY OF WATERTOWN, Respondent, v. RODENBAUGH, Appellant. (Supreme Court, Appellate Division, Fourth Department. May 16, 1906.) Action by the city of Watertown against Lillian Rodenbaugh.

PER CURIAM. Judgments of county and city courts reversed, with costs. See decision enacted between same parties, handed down May 2, 1906 (98 N. Y. Supp. 885).

WILLIAMS, J., dissents.

CLINTON, Respondent, v. VILLAGE OF PORT JERVIS, Appellant. (Supreme Court, Appellate Division, Second Department. September 28. 1906.) Action by Stanley Clinton, by Nellie Clinton, his guardian ad litem, against the village of Port Jervis. No opinion. Interlocutory judgment affirmed, with costs.

CITY OF ROCHESTER, Respondent, v. ROCHESTER & L. O. WATER CO. et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. June 1, 1906.) Action by the city of Rochester against the Rochester & Lake Ontario Water Company and another.

PER CURIAM. Judgment affirmed, with costs. NASH and KRUSE, JJ., dissent.

CLARK, Respondent, v. ULSTER & D. R. CO., Appellant. (Supreme Court, Appellate Division, Third Department. June 27, 1906.) Action by W. Frank Clark against the Ulster & Delaware Railroad Company. No opinion. Judgment and order unanimously affirmed, with costs.

In re COHEN. (Supreme Court, Appellate Division, First Department. July 12, 1906.) In the matter of Nathaniel Cohen. No opinion. Ordered that respondent file answer in 20 days.

COHEN, Appellant, v. FREEDMAN, Respondent. (Supreme Court, Appellate Division, First Department. July 12, 1906.) Action by Max Cohen against Joseph Freedman. A. Weil, for appellant. P. M. Abrahams, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

COHEN, Respondent, v. HELLAR, Appellant. (Supreme Court, Appellate Division, Second Department. June 8, 1906.) Action by Samuel Cohen against Max Hellar. No opinion. Judgment of the Municipal Court affirmed, with costs.

COHEN et al. v. WESTERN ELECTRIC CO. (Supreme Court, Appellate Division, First Department. October 12, 1906.) Action by Isaac Cohen and others against the Western Electric company. No opinion. Application denied, with $10 costs. Order signed.